IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM CHARLES COOPER, | § | |
| TDCJ #1180768, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-1946 |
| | § | |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal Justice - | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

**ORDER OF DISMISSAL**

Pending before the Court is a petition for a writ of habeas corpus filed by state inmate William Charles Cooper. It appears that this petition, along with the supporting memorandum and the motion for leave to proceed *in forma pauperis* (Doc. #1, #3, and #4), were intended for filing in another federal habeas corpus proceeding that is already pending in this district. *See Cooper v. Dretke*, Civil Action No. H-06-1862 (S.D. Tex.). Because the present case duplicates this previously filed habeas corpus proceeding, the Court concludes that this action must be closed as improvidently filed.

Therefore, it is **ORDERED** that this case (Civil Action No. H-06-1946) is **DISMISSED** as duplicative without prejudice to reconsideration in Civil Action No. H-06-1862.

It is further **ORDERED** that the pending motion for leave to proceed *in forma pauperis* (Doc. #4) is **MOOT**.

In addition, so that the petitioner will not be prejudiced, the Clerk's Office is **ORDERED** to file copies of all of the pleadings in this case (Doc. #1, #3, and #4) with the petitioner's previously filed habeas corpus proceeding in Civil Action No. H-06-1862.

The Clerk shall provide a copy of this order to the parties.

SIGNED at Houston, Texas, on June 9 , 2006.

Nancy F. Atlas
United States District Judge